427 A.2d 1184

Hegedus et ux., Appellants, v. Bashioum et ux.

* Judge Donald E. Wieand is sitting by special designation.

626

Argued November 15, 1979. Bernard F. Scherer, for appellants; John W. Pollins, III, for appellees.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Decree affirmed.